# United States District Court
## Western District of North Carolina
### Statesville Division

| | |
|---|---|
| Maurice D. Rivers, | JUDGMENT IN CASE |
| Plaintiff | 5:24-cv-00156-KDB |
| vs. | |
| United States<br>FBI<br>CIA<br>Google, Inc.<br>Valentina Capizzi<br>MonsterCockLand.com<br>Crystal Rivers<br>Yahoo<br>SBI<br>Vanity Gardner, | |
| Defendants. | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 21, 2025 Order.

Signed: January 21, 2025

Katherine Hord Simon, Clerk
United States District Court